# EXHIBIT B

This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting.

24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising:

receiving a control command at the local server from the network device via the second network, the control command indicating a desired modification to the flow of the audio visual data from the central server to the network device;

sending the control command from the local server to the central server via the first network;

receiving a modified audio visual data flow at the local server from the central server via the first network in response to the control command; and

transmitting the modified audio visual data flow from the local server to the network device via the second network, thereby enabling the network device to interactively modify the flow of the audio visual data from the central server to the network device.

| **Claim 24** | **Evidence** |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | The on-board ViaSat Modem ("local server") receives channel data from the ViaSat Partner Data Center ("central server"). The ViaSat Partner Data Center is connected by the Internet ("a first network"). Additionally, the on-board ViaSat Modem is coupled to guest devices ("a plurality of network devices") through on-board Wi-Fi ("a second network").<br><br><br><br>Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| **Claim 24** | **Evidence** |
|---|---|
| 24. In a first network including a local server coupled to a central server, the local server being coupled to a plurality of network devices via a second network, a method of interactively controlling from one of the plurality of network devices a flow of audio visual data from the central server to the network device, the method comprising: | The on-board ViaSat Modem ("local server") receives channel data from the ViaSat Partner Data Center ("central server"). The ViaSat Partner Data Center is connected by the Internet ("a first network"). Additionally, the on-board ViaSat Modem is coupled to guest devices ("a plurality of network devices") through on-board Wi-Fi ("a second network").<br><br><br><br>Source (accessed on March 11, 2021): https://go.viasat.com/rs/713-WMY-519/images/Viasat%20Global_Ku-band_Advanced_Brochure_014.pdf |

| **Claim 24** | **Evidence** |
|---|---|
| receiving a control command at the local server from the network device via the second network, the control command indicating a desired modification to the flow of the audio visual data from the central server to the network device; | United Airlines provides a method of interactively controlling (e.g. start, stop, pause, rewind, and fast forward) from one of the plurality of network devices (e.g. Seatback On-Demand Entertainment) a flow of audio visual data (e.g. live TV) from the central server to the network device. A United Airlines guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat modem (e.g. the local server).  Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| **Claim 24** | **Evidence** |
|---|---|
| receiving a control command at the local server from the network device via the second network, <span style="color:red">the control command indicating a desired modification to the flow of the audio visual data from the central server to the network device</span>; | United Airlines provides a method of interactively controlling (e.g. start, stop, pause, rewind, and fast forward) from one of the plurality of network devices (e.g. Seatback On-Demand Entertainment) a flow of audio visual data (e.g. live TV) from the central server to the network device. A United Airlines guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat modem (e.g. the local server).  Source (accessed on March 11, 2021): https://www.united.com/ual/en/us/fly/travel/inflight/aircraft/777-300.html and https://www.united.com/ual/en/us/fly/travel/inflight/entertainment.html and https://www.united.com/ual/en/us/fly/travel/inflight/entertainment/directv.html |

| Claim 24 | Evidence |
|---|---|
| sending the control command from the local server to the central server via the first network; | United provides a method of interactively controlling (e.g. pause and rewind Live TV) from one of the plurality of network devices (e.g. 10.1-inch 1080P high definition screens) a flow of audio visual data (e.g. live TV) from the central server to the network device. A United guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat Modem (e.g. the local server). The ViaSat Modem forwards the control command to the ViaSat Gateway which includes the ViaSat Partner Data Center (e.g., the central server).<br><br>Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| Claim 24 | Evidence |
|---|---|
| receiving a modified audio visual data flow at the local server from the central server via the first network in response to the control command; and | United provides a method of interactively controlling (e.g. pause and rewind Live TV) from one of the plurality of network devices (e.g. 10.1-inch 1080P high definition screens) a flow of audio visual data (e.g. live TV) from the central server to the network device. A United guest will use the buttons on a provided remote to pause, rewind, or fast forward (e.g. control command) the live show. The command is then sent to the on-board ViaSat Modem (e.g. the local server). Through the ViaSat Gateway, the ViaSat Partner Data Center (e.g., the central server) uses the Internet (e.g., the first network) to respond to the control command. In response, a modified audio visual data flow is received at the ViaSat Modem (e.g., the local server).<br><br><br><br>Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| Claim 24 | Evidence |
|---|---|
| transmitting the modified audio visual data flow from the local server to the network device via the second network, thereby enabling the network device to interactively modify the flow of the audio visual data from the central server to the network device. | After a modified audio visual data flow is received at the ViaSat Modem (e.g., the local server), the ViaSat Modem will transmit the modified audio visual data to the guest devices (e.g., the network devices) via Cabin Wireless Access Points (e.g., the second network), thereby enabling the passengers to to pause, rewind, or fast forward (e.g., interactively modify the flow of audio vidual data from the central server to the network device).  Source (accessed on March 11, 2021): https://www.digikey.com/en/articles/using-satellite-links-to-deliver-on-board-wi-fi |

| **Claim 24** | **Evidence** |
|---|---|
| transmitting the modified audio visual data flow from the local server to the network device via the second network, thereby enabling the network device to interactively modify the flow of the audio visual data from the central server to the network device. | United Airlines guests are thereby enabled to use the buttons on a provided touch-screens to control the program by pausing, rewinding, or fast forwarding (e.g. interactively modify) the live show (e.g., the audio visual data).<br><br><br><br>More than 100 DIRECTV® channels + Hit Movies for free<br><br>DIRECTV + Hit Movies are available free of charge on select Boeing 737 aircraft. With more than 100 of your favorite TV channels, plus new release Hollywood movies, you'll stay entertained for your entire flight.<br><br>To find out if your flight offers DIRECTV + Hit Movies, check your flight status within 24 hours of your flight departure and enter your flight number. Look for the DIRECTV logo in the Inflight Amenities tab.<br><br>Live television from DIRECTV and Hit Movies are now provided free of charge.<br><br>Seatback on-demand entertainment<br><br>Enjoy the latest feature films or television program whenever you want. Once activated, you'll experience a high-tech on-demand entertainment system allowing you to start, stop, pause, rewind and fast-forward programming whenever you want. Intuitive and easy-to-use touch-screens control your programs.<br><br>Source (accessed on March 11, 2021): https://www.united.com/ual/en/us/fly/travel/inflight/aircraft/777-300.html and https://www.united.com/ual/en/us/fly/travel/inflight/entertainment.html and https://www.united.com/ual/en/us/fly/travel/inflight/entertainment/directv.html |