IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVE INTERACTIVE LLC ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. _____ <br> v. ) <br> ) **JURY TRIAL DEMANDED** <br> UNITED AIRLINES, INC. ) <br> ) <br> Defendant. ) <br> ) | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Evolve Interactive LLC states it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: March 25, 2021                              STAMOULIS & WEINBLATT LLC

                                                                   */s/ Richard C. Weinblatt*
                                                                   Stamatios Stamoulis #4606
                                                                   Richard C. Weinblatt #5080
                                                                   800 N. West Street, Third Floor
                                                                   Wilmington, DE 19801
                                                                   (302) 999-1540
                                                                   stamoulis@swdelaw.com
                                                                   weinblatt@swdelaw.com

                                                                   *Attorneys for Plaintiff*
                                                                   *Evolve Interactive LLC*