# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVE INTERACTIVE LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>UNITED AIRLINES, INC.,<br><br>              Defendant. | Civil Action No. 21-444 (MN) |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Evolve Interactive LLC and Defendant United Airlines, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Defendant's time to answer, move or otherwise plead in response to Plaintiff's Complaint (D.I. 1) shall be extended thirty (30) days to June 17, 2021.

Dated: May 14, 2021

| | |
|---|---|
| /s/ Richard C. Weinblatt | /s/ Kenneth L. Dorsney |
| Stamatios Stamoulis (#4606) | Kenneth L. Dorsney (#3726) |
| Richard C. Weinblatt (#5080) | Cortlan S. Hitch (#6720) |
| STAMOULIS & WEINBLATT LLC | MORRIS JAMES LLP |
| 800 N. West Street, Third Floor | 500 Delaware Ave., Ste. 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1494 |
| stamoulis@swdelaw.com | (302) 888-6800 |
| weinblatt@swdelaw.com | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |
| *Attorneys for Plaintiff* | |
| *Evolve Interactive LLC* | *Attorneys for Defendant* |
| | *United Airlines, Inc.* |

**SO ORDERED** this _____ day of _____, 2021.

_____
United States District Court Judge

1