# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVE INTERACTIVE LLC,<br><br>        Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC.,<br><br>        Defendant. | Civil Action No. 1:21-cv-00444-MN<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT UNITED AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant United Airlines, Inc., hereby submits that it is wholly owned by United Airlines Holdings, Inc. which owns all the common stock of United Airlines, Inc. and is a publicly traded company and no publicly held company owns 10% or more of its stock.

Dated: June 17, 2021

Meredith Martin Addy
(*Pro Hac Vice* to be submitted)
Charles A. Pannell, III
(*Pro Hac Vice* to be submitted)
**ADDYHART P.C.**
10 Glenlake Parkway, Suite 130
Atlanta, GA 30328
312.320.4200
770.715.2020
meredith@addyhart.com
cpannell@addyhart.com

Benjamin Cappel
(*Pro Hac Vice* to be submitted)
**ADDYHART P.C.**
401 North Michigan Ave.
Suite 1200-1
Chicago, Illinois 60611
732.991.7285
ben@addyhart.com

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendant United Airlines, Inc.*